UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> TONY BERRY      , ) <br> ) <br> Defendant. ) | Docket No.: 0101  1:15CR10146-2 |

### FIRST ADDENDUM TO THE DEFENDANT'S SENTENCING MEMORANDUM

I.  **INTRODUCTION**

The defendant, Tony Berry, respectfully submits this addendum to assist the Court in its sentencing.

II.  **LETTERS OF SUPPORT**

Mr. Berry submits these addition four letters of support.

1. Michelle C. Thomas
2. Taneekia Brice
3. Barbara C. Bodley, and
4. Kimani Carleton

1

                    Respectfully submitted,
                    TONY BERRY
                    By his Attorney,

*/s/ Michael P. Doolin*
Michael P. Doolin, Esq.
50 Redfield Street, Suite 296
Dorchester, MA  02122
(617) 436-3819
BBO# 546116

Dated:   September 5, 2017

Michelle C. Thomas
116 River Street, Apt. 23
Boston, MA 02126


Friday, September 01, 2017


Honorable Judge Nathaniel M. Gorton
U. S. District Judge, District of Massachusetts
1 Courthouse Way
Boston, MA 02210


**RE: Tony Berry, September 06, 2017**


Dear Honorable Judge Nathaniel M. Gorton,

My name is Michelle Thomas and I work as an academic advisor at a university in Waltham. I have worked in higher education for over 12 years, assisting students in different capacities from under resourced schools and neighborhoods pursue their dream of obtaining a college education to change the course of their futures.

I am respectfully writing this letter to you today on behalf of Tony Berry, asking for leniency in his sentencing. I feel compelled and obligated to write this letter on Tony's behalf because I not only consider him friend but family as well. I have had the opportunity to know Tony for a very long time and my hope is to give to you some insight into the consistent character of the man that I have known for over 22 years now.

I am currently 34 years old and met Tony as a 12-year-old middle school girl at the McCormack Middle School in Dorchester, MA. Tony and I were both involved in sports, especially basketball and immediately shared in that interest. Over the years Tony and I have remained friends and have formed a family bond. In many ways, we grew up together in the same community striving for same things. The man that I have had the opportunity to know over the years is fun and outgoing and is also there to cheer you up and make you laugh. Growing up Tony was the person that would always organize for all of us to go out to eat at restaurants or play a competitive and fun family game of monopoly. Tony is protective of his family and has always had the biggest heart.

Tony's first-born son, Caiden, is my cousin so I have had the pleasure to also witness him as a father from his son's birth to present. Being a mother myself, my young son shares a strong bond with his big cousin Caiden. Tony has consistently shown himself to be a dedicated father who has an undeniable love and devotion to his son. Over the years he has often expressed, verbally

and through his actions, that he wants to create an environment and experience for his son that he didn't have.

In my work and my personal life experience, I see many students with and without the support of one or both of their parents. I witness the challenges first hand that low income first generation students face without a parent present and active in their education process early starting from elementary school. With this said I truly believe that allowing Tony the opportunity sooner to shine in one of the areas where he is best, which is being an active father and family member, will not only benefit his son greatly, but will also ground and continue to drive Tony in a positive direction. Tony's physical absence and support for his family and friends is truly felt and missed.

Thank you for taking the time to read and consider this letter.

Sincerely,


Michelle Thomas

Subject: Re: Character letter

**Addressed to The Honorable Judge Nathaniel Groton:**

My name is Taneekia Brice and I am writing this letter on behalf Mr. Tony Berry to request leniency with his sentencing.

I have known Mr. Berry for my entire life and although we are first cousins, I feel as if he is more like a brother to me. Throughout my entire life he has always been there to guide me through life's trials and has served as a role model to me in many ways. He's always provided me great advice when needed and most importantly has always been able to put a smile on my face when circumstances in my life haven't seemed promising.

One instance that comes to mind is when my Grandparents passed away. This period of time was emotionally trying for my entire family as our Grandmother, the matriarch of our family, passed away on Mother's Day and a few months later our Grandfather passed away on New Year's Eve. I was 13 years old at the time, Tony was about 15 years old, and I just remember feeling devastated. I can still recall to this day the despair that I felt on both occasions and each time I vividly remember Tony being there reminding me that I was not alone.

I remember sitting there feeling like I was now all alone in the world, crying my eyes out and then felt this hand on my shoulder consoling me. He assured me that although it was painful to not have our Grandparents with us, we now had gained not one but two angels watching over our family.

That is the Tony that I know to this day. A nurturing and compassionate personality willing to stand up and help in any way that he can. Tony is a loving brother, uncle, nephew, son and grandson. I speak for my entire family when I say that his warm and cheerful smile is missed at all of our family functions.

Lastly Your Honor, I would like to thank you for giving me the opportunity to express to you the Mr. Tony Berry that I know. I know that Tony understands that every action comes with it's repercussions but I ask you to please take into consideration his time served and the fact that we as his family are willing and able to be the support system he will need to help him rehabilitate his life.

To: Judge Nathaniel Groton

Date: August 30, 2017

From: Barbara C. Bodley

RE: Tony Berry

To the honorable Judge Nathaniel Groton,

My name is Barbara Bodley, Tony and I have a ten year old son together. I have known Tony Berry for twenty plus (20+) years. Tony and I began dating in summer of 1996 after the death of my mother. Shortly thereafter, my grandmother passed away and Tony has always been one of my biggest emotional supporters.

During our relationship Tony was actively involved within the community, he worked at the Ella J. Baker House working with adolescents. He coached a youth basketball team that traveled domestically to play other teams. He also mentored several of the team players and youth in the community. Moreover, Tony has been a inspiration in his son's life from birth to this present time.

Tony has a remarkable relationship with his son, Caiden. He has been very active in Caiden's life by being involved in extra-curricular activities, weekend outings and his education. To date, Tony calls Caiden at every opportunity, constantly motivating him; giving Caiden ten (10) words a week from the dictionary to learn the spelling and definitions and testing him at the end of the week.

Your honor, the experience I've had with Tony Lavell Berry, leads me to believe if given another opportunity Tony will become a productive member of society; therefore I pray for the mercy of the court's leniency in his sentencing.

Respectfully Submitted,

*Barbara Bodley*

Barbara Bodley

**Subject:** Letter for Tony Berry
**From:** Kimani Carleton (djpain617@gmail.com)
**To:** mdoolinatlaw@yahoo.com;
**Date:** Tuesday, September 5, 2017 3:34 PM

To Whom It May Concern,

I'm writing to you on behalf of Tony Berry. I've known Tony for 30years. We grew up in the Four Corners area together. He has always been the type of person who'd give you his last dime, or the shirt off of his back. He's mentored a lot of the neighborhood children. Many of whom grew up to be successful and positive people. He counseled them in camps and after school and even outside of those types of environments he's given them encouragement and positive words of advice. He is a good person and a leader in the community.

Sincerely,
Kimani Carleton

Sent from my iPhone