UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 15-10146-NMG |
| ) | |
| (2) TONY BERRY, ) | |
| a/k/a "Mazibrawl" ) | |
| Defendant. ) | |

### UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Preliminary Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1.  On June 16, 2015, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Tony Berry, a/k/a "Mazibrawl" (the "Defendant"), and others with Conspiracy to Distribute Cocaine Base, Cocaine, Heroin, and Oxycodone, in violation of 21 U.S.C. § 846 (Count One).

2.  The Indictment also contained a forfeiture allegation, pursuant to 21 U.S.C. § 853, which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Indictment, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations. Such property specifically included, without

*Motion allowed. /s/ NMGorton, USDJ 9/15/17*