UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-10146-NMG |
| | ) | |
| (2) TONY BERRY | ) | |
| a/k/a "Mazibrawl" | ) | |
| Defendant. | ) | |

## NOTICE OF SATISFACTION OF MONEY JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Money Judgment entered against the defendant, Tony Berry, on September 17, 2017, in the amount of $10,000 in United States currency in the above-captioned matter (*see* Docket No. 416), by payment in full by the defendant on or about February 23, 2018.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney,

By:   /s/ *David G. Lazarus*
DAVID G. LAZARUS, BBO No. 624907
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
david.lazarus2@usdoj.gov

Dated: March 15, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ *David G. Lazarus*
      DAVID G. LAZARUS
Dated: March 15, 2018      Assistant United States Attorney